**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **PAUL HARRIS STORES, INC., et al.,** ) | |
| ) | |
|   Plaintiffs, ) | |
| ) | |
|    vs. ) | CAUSE NO.  1:02-cv-1014-LJM/VSS |
| ) | |
| **PRICEWATERHOUSE COOPERS LLP,** ) | |
| ) | |
|   Defendant. ) | |

## ENTRY ON MOTION FOR CLARIFICATION

This cause is before the magistrate judge on the motion of non-party Sommer Barnard, PC entitled Motion for Clarification of Entry on Motion to Compel and Motion or Protective Order.  The motion is fully briefed, and the magistrate judge, being duly advised, resolves it as follows.

In the Entry about which Sommer Barnard seeks clarification, the magistrate judge ordered, inter alia, the following:

> 2. Those documents that Sommer Barnard believes to be privileged shall be logged as follows:
>
>    a. a separate and complete privilege log entry must be made for each document that was authored or received by any person who has been named as a witness by Paul Harris in this case;
>
>    b. other documents shall be listed on a "categorical" privilege log, which shall list each specific category of documents being withheld, a detailed explanation of why that category is being withheld, and the number of documents in the category.

Sommer Barnard's motion raises two issues regarding this portion of the Entry.  First, at the time of the Entry the plaintiffs in this case (collectively referred to as "Paul Harris") had named Jerald Ancel, the head of the bankruptcy practice group of Sommer Barnard, as a witness who would

testify regarding several highly relevant topics.[1]  Paul Harris has now removed Ancel from its witness list, and Sommer Barnard believes that this should remove those documents authored or received by him (and not authored or received by another of its named witnesses) from the document-by-document privilege log requirement set forth in ¶ 2.a . above.  This is incorrect.  In light of the highly relevant information that Ancel has, and the fact that the defendant likely will call him as a witness even if Paul Harris does not, Paul Harris's removal of Ancel from its witness list does not alter Sommer Barnard's responsibility under the Entry.

The second issue raised by Sommer Barnard's motion is whether ¶ 2.a. of the Entry was intended to apply to documents that constitute or reflect communications between Sommer Barnard attorneys and Paul Harris employees during the course of the bankruptcy.  If such documents were authored or received by a person who was listed by Paul Harris as a witness at the time of the Entry, the answer is yes.  The magistrate judge understands the likely burden of this requirement, but that is certainly not a burden unique to this litigation; indeed, the admonishment in the Entry stands that "Sommer Barnard shall keep in mind that it may later be required to prepare a document-by-document privilege log as to some or all of the categories on its categorical privilege log, and shall organize and conduct its privilege review with that possibility in mind."

SO ORDERED:   12/20/2005

_V. Sue Shields_
V. Sue Shields, Magistrate Judge

---

[1] Ancel and other bankruptcy attorneys from Sommer Barnard represented Paul Harris throughout the bankruptcy process that is at the center of this case.

Copies to:

James J. Boland
KIRKLAND & ELLIS
jboland@kirkland.com

Andrea L. Cohen
RUBIN & LEVIN, PC
acohen@rubin-levin.net

Anne L. Cowgur
MCTURNAN & TURNER
acowgur@mtlitig.com drogier@mtlitig.com

Edward Wesley Harris, III
SOMMER BARNARD ATTORNEYS, PC
eharris@sommerbarnard.com
kreskevich@sommerbarnard.com

Carl A. Hayes
MCTURNAN & TURNER
chayes@mtlitig.com
cmcclintock@mtlitig.com

Elizabeth S. Hess
KIRKLAND & ELLIS
ehess@kirkland.com

Jonathan E. Hinkemeyer
KIRKLAND & ELLIS LLP
jhinkemeyer@kirkland.com

John C. Hoard
RUBIN & LEVIN, PC
johnh@rubin-levin.net

John R. Humphrey
SOMMER BARNARD ATTORNEYS, PC
jhumphrey@sommerbarnard.com

Richard A. Kempf
SOMMER BARNARD ATTORNEYS, PC
rkempf@sommerbarnard.com

Robert J. Kopecky
KIRKLAND & ELLIS
rkopecky@kirkland.com
jwhittingham@kirkland.com

Elliott D. Levin
RUBIN & LEVIN
edl@rubin-levin.net

John F McCauley
MCTURNAN & TURNER
jfm@mtlitig.com
leuler@mtlitig.com;snelson@mtlitig.com

Lee B. McTurnan
MCTURNAN & TURNER
lmcturnan@mtlitig.com
gsmith@mtlitig.com

Kenneth J. Munson
MCTURNAN & TURNER
kmunson@mtlitig.com leuler@mtlitig.com

Gayle A. Reindl
SOMMER BARNARD ATTORNEYS, PC
greindl@sbalawyers.com
thuber@sbalawyers.com

Jennifer E. Riley
RUBIN & LEVIN, PC
jennifer@rubin-levin.net

Geoffrey Slaughter
SOMMER BARNARD ATTORNEYS, PC
gslaughter@sommerbarnard.com
jliddle@sommerbarnard.com

Christopher M.R. Turner
KIRKLAND & ELLIS LLP
cmturner@kirkland.com